DOROTHY RICHARDS HOPKINS, complainant,

*v.*

EDWARD J. DIMOCK, &c., et al., defendants.

[Submitted February 14th, 1947. Decided May 15th, 1947.]

*Messrs. Stryker, Tams & Horner (Mr. James E. M. Tams,* of counsel), and *Messrs. Wall, Haight, Carey & Hartpence (Mr. William H. Carey,* of counsel), for the defendants-appellants.

*Messrs. Pilney, Hardin, Ward & Brennan (Mr. Mahlon Pilney,* of counsel), and *Mr. Harold M. Kain,* for the defendants-respondents-cross appellants.

*Messrs. Stickel & Stickel,* for the defendant-respondent.

*Mr. Sydney G. Soons (Mr. Harrison F. Durand,* of counsel), for the complainant-respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays and reported at *138 N. J. Eq. 434.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, WELLS, RAFFERTY, FREUND, McGEEHAN, McLEAN, JJ. 13.

*For reversal*—None.